438 A.2d 642

Commonwealth v. Norris, Appellant.

Petition for Allowance of Appeal Denied Jan. 26, 1982.

Argued March 19, 1980. Carol E. Haltrecht, Assistant Public Defender, for appellant; Robert J. Donatoni, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.